175 So.2d 302

**Mrs. Santa Scurto LeBLANC et al.**

v.

**Sam SCURTO et al.**

No. 47765.

June 7, 1965.

In re: Sam Scurto applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Terrebonne. 173 So.2d 322.

Writ refused. On the facts found by the Court of Appeal, we find that the result is correct.

■

175 So.2d 302

**Earl L. EWEN**

v.

**David BLOCH.**

No. 47777.

June 7, 1965.

In re: Earl L. Ewen et al. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Ascension. 173 So.2d 314.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.